# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO SMITH, *individually and on behalf of all others similarly situated*, | )<br>)<br>)<br>) |
| Plaintiff, | )   Case No.:  2:17-cv-01113-SGC |
| v. | )<br>) |
| WASTE SERVICES OF ALABAMA, LLC, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER APPROVING SETTLEMENT AGREEMENT

This is an action brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") by Antonio Smith.  (Doc. 1).  The plaintiff subsequently filed notices of consent to join Travis DeLong, John F. Gosnell, Randall Mitchell, and Junior D. Powell as putative class plaintiffs.  (Doc. 10).[1] Presently pending is the joint motion to approve settlement agreements Smith and the putative class plaintiffs negotiated with the defendants, Santek Environmental of Alabama, LLC, and Waste Services of Alabama, LLC.  (Doc. 44).

The proposed settlement agreements are fair and reasonable resolutions of bona fide disputes.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350,

---

[1] The plaintiff also filed a notice of consent to join by Bud Emmer.  (Doc. 10).  However, that notice was subsequently withdrawn.  (Doc. 43).  Accordingly, any claims Mr. Emmer may have against the defendants are unaffected by this order.

2

1353 (11th Cir. 1982). Accordingly, the motion for settlement approval is **GRANTED**. (Doc. 44). All claims asserted in this matter are **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE** and **ORDERED** this 16th day of April, 2019.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE